JOSEPHINE MACALUSO, an Infant, by LENA MACALUSO, Her Guardian ad Litem, et al., Appellants, *v.* FRESH AIR RECREATION Co., INC., Respondent.

Submitted May 17, 1943; decided May 27, 1943.

*Frank J. Wheelan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, unless the appeal is perfected, and appellants pay ten dollars costs, within ten days, in which event the motion is denied.